NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000872
13-JAN-2016
07:50 AM

NO. CAAP-15-0000872

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


VICTORIA SHAGANENKO, Plaintiff-Appellant
v.
DENISE YAMAUCHI, KAZI RESTAURANTS IN HAWAII, INC.,
BURGER KING CORPORATION, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-0595)

ORDER DISMISSING APPEAL
PURSUANT TO HRAP RULES 11(b)(2), (c)(2)
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Appellant has not paid the filing and docketing fees or obtained a fee waiver for this appeal;

(2) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. Hawai'i Rules of Appellate Procedure Rule 11(b)(2), (c)(2);

(3) On December 8, 2015, the court ordered Appellant to pay the filing fees or file a motion for leave to proceed on appeal in forma pauperis within ten days from the date of the order. The court cautioned appellant that failure to comply with the order may result in the appeal being dismissed; and

(4) Appellant did not pay the filing and docketing fees, give security for costs, or take any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, January 13, 2016.

Presiding Judge

Associate Judge

Associate Judge